UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT ROSENBALM, | 1:11-CV-00304-NJV |
| Plaintiff, | ORDER |
| v. | |
| MARIANNE MALDONADO, | |
| Defendant. | |

Plaintiff is proceeding *pro se* in this civil action. Plaintiff is HEREBY INFORMED that in prosecuting his case, he must at all times comply with the procedures set forth in the Federal Rules of Civil Procedure, the Civil Local Rules for the United States District Court for the Northern District of California, and the Standing Orders of the undersigned. Plaintiff may not seek to prosecute this case by mailing letters or documents to the Eureka Courthouse, by telephoning court staff in Eureka or San Francisco, or by emailing documents to court staff. Rather, Plaintiff must file documents with the Court in accordance with the above-listed rules. The address for mailing written pleadings or requests for relief to be filed in this case is:

The Office of the Clerk
U.S. District Court for the Northern District of California
450 Golden Gate Ave., Box 36060
San Francisco, California, 94102

Documents which are not filed with the Clerk's Office in San Francisco have no force or effect in this case and will not be considered by the Court. The Court has mailed Plaintiff a copy of the Handbook for Litigants without a Lawyer to provide him with information regarding pursing his action in this Court.

Plaintiff is HEREBY ORDERED to cease mailing copies of unfiled documents to this Court. Any further such documents received by the Court will be returned to Plaintiff. Plaintiff is FURTHER ORDERED to cease emailing or telephoning Court staff to attempt to obtain relief of any kind from the Court. Plaintiff is expressly cautioned that failure to comply may result in the imposition of sanctions.

Finally, Plaintiff is HEREBY GRANTED sixty (60) days from the date of service of this order within which to serve Defendants and file proof of service with the Court. Plaintiff is expressly cautioned that his failure to do so may result in dismissal of this case for lack of prosecution.

IT IS SO ORDERED.

Dated: May 3, 2011

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

VINCENT ROSENBALM,

    Plaintiff,

v.

MARIANNE MALDONADO,

    Defendant.

No. CV 11-00304 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 3, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Vincent Rosenbalm
P.O. Box 147
Seaside, OR 97138

Dated: May 3, 2011

*Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas

3